# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **USA,**<br>Plaintiff**,**<br>vs.<br>**KARL JAMES STEHLIN,**<br>Defendant**.** | CASE NO. 17-cr-00023-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING SENTENCING HEARING** |

The Court is in receipt of defendant Karl Stehlin's sentencing memorandum and attachments, totaling 111 pages, filed after the close of business on Tuesday, August 14, 2018 for a sentencing set for Thursday, August 16, 2018. (Dkt. Nos. 61, 61-1, 61-2.)

Accordingly, counsel for defendant is **ORDERED TO SHOW CAUSE** why she should not be sanctioned in the amount of $200.00 for failure to comply with Criminal Local Rule 32-5(b), which requires that "[a]ny sentencing memorandum shall be filed no later than 7 days prior to the date set for sentencing." As a consequence of counsel's actions, the Court, opposing counsel, and Probation are left with inadequate time to prepare. Further, the Court understands that Probation is not available for the last two weeks of August.

A hearing on this Order to Show Cause shall be held on **Thursday, September 6, 2018** on the Court's **3:31 p.m.** calendar in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 1. Defense counsel must file a written response to this Order to Show Cause no later than **August 30, 2018** explaining her failure to comply with the above rule. No waiver of appearance will be permitted.

\\

\\

\\

In light of the foregoing, the sentencing is **CONTINUED** to **Thursday, September 6, 2018** at **3:30 p.m.**

**IT IS SO ORDERED.**

Dated: August 15, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**